# PerkinsCoie

1155 Avenue of the Ame
22nd Floor
New York, NY 10036-271

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/20

November 25, 2020

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY  10007

Re:   **Romero v. H-E-B, LP**
      **Case No. 1:20-cv-08780-AJN**

**Defendant H-E-B, LP's Request for Extension of Time to Respond to the Complaint**

Dear Judge Nathan:

We represent Defendant H-E-B, LP in the above-referenced action.  We request an extension of time to respond to the Complaint in this action until December 30, 2020.  The current date by which Defendant is scheduled to respond to the complaint is November 30, 2020.  There been no previous request for an extension in this matter.  Counsel for the plaintiff, Romero, consents to this request.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:jp

cc:   All Counsel of Record (via ECF)

SO ORDERED.

/s/ Alison J. Nathan    12/1/20

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.